**DISMISS and Opinion Filed December 15, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00877-CV

**RIDGECOUNTRY, INC., A TEXAS CORPORATION, Appellant**
**V.**
**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, SELENE FINANCE, LP, AND NATIONSTAR MORTGAGE, LLC, Appellees**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0426**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Goldstein

Before the Court is appellant's agreed motion to dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal with prejudice. *See id.*

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210877F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RIDGECOUNTRY, INC., A TEXAS
CORPORATION, Appellant

No. 05-21-00877-CV      V.

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A
CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS
TRUSTEE FOR PRETIUM
MORTGAGE ACQUISITION
TRUST, SELENE FINANCE, LP,
AND NATIONSTAR MORTGAGE,
LLC, Appellees

On Appeal from the 439th Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 1-17-0426.
Opinion delivered by Justice
Goldstein, Justices Pedersen, III and
Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered December 15, 2021.